UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRCT OF NEW YORK

| LIGADO NETWORKS LLC and LIGADO NETWORKS (CANADA) INC, *Plaintiffs*, v. INMARSAT GLOBAL LIMITED, *Defendant*. | Case No. _____ Index No. 651526/2025 (*pending in New York State Supreme Court, New York County*) |
|---|---|

### DECLARATION OF CHARLES MICHAEL

1. I am a partner of Steptoe LLP and counsel for the Defendant in the above-captioned action. I submit this declaration in support of the Defendant's Notice of Removal.

2. Attached are true and correct copies of the following exhibits:

| Ex. | Document |
|---|---|
| A | Complaint, NYSCEF No. 1, *Ligado Networks, LLC, et al. v. Inmarsat Global Limited*, Ind. No. 651526/2025 (N.Y. Sup. Ct. Mar. 19, 2025) |
| B | Disclosure Statement for the Joint Chapter 11 Plan of Ligado and its Affiliated Debtors and Debtors In Possession, ECF No. 349, *In re Ligado Networks LLC, et al.*, No. 25-10006 (TMH) (D. Del. Bankr. Mar. 22, 2025) |
| C | Complaint, ECF No. 1, *Ligado Networks LLC v. United States*, No. 23-1797-L (Fed. Ct. Cl. Oct. 12, 2023) |
| D | Ligado Bankruptcy Petition, ECF No. 1, *In re Ligado Networks LLC, et al.*, No. 25-10006 (TMH) (D. Del. Bankr. Jan. 5, 2025) |
| E | Debtors' Adversary Proceeding Complaint, ECF No. 3, *Ligado Networks LLC et al. v. Inmarsat Global Limited,* Adv. Proc. No. 25-5000 (TMH) (D. Del. Bankr. Jan. 9, 2025) |
| F | Inmarsat Global Limited's Brief in Support of its Motion to Dismiss Adversary Complaint, ECF No. 25, *Ligado Networks LLC et al. v. Inmarsat Global Limited*, Adv. Proc. No. 25-5000 (TMH) (D. Del. Bankr. Feb. 27, 2025) |
| G | Debtors' Notice of Dismissal Without Prejudice, ECF No. 31, *Ligado Networks LLC et al. v. Inmarsat Global Limited*, Adv. Proc. No. 25-5000 (TMH) (D. Del. Bankr. Mar. 19, 2025) |

| Ex. | Document |
|---|---|
| H | Transcript of Hybrid Zoom Hearing, *In re Ligado Networks LLC, et al.*, No. 25-10006 (TMH) (D. Del. Bankr. Jan. 7, 2025). |
| I | Ligado's Motion for Entry of an Order (I) Authorizing the Debtors to Enter into the AST Definitive Documents and (II) Granting Related Relief, ECF No. 359, *In re Ligado Networks LLC, et al.*, No. 25-10006 (TMH) (D. Del. Bankr. Mar. 26, 2025) |
| J | Exhibit B to Debtor's Motion for Entry of an Order (I) Authorizing the Debtors to Enter into the AST Definitive Documents and (II) Granting Related Relief, Framework Agreement, ECF No. 359-3, *In re Ligado Networks LLC, et al.*, No. 25-10006 (TMH) (D. Del. Bankr. Mar. 26, 2025) |
| K | Inmarsat Global Limited's Motion to Compel Ligado Networks LLC and Ligado Networks (Canada)'s Compliance with 11 U.S.C. §§ 365(d)(5) and 503(b), ECF No. 193, *In re Ligado Networks LLC, et al.*, No. 25-10006 (TMH) (D. Del. Bankr. Feb. 6, 2025) |
| L | Debtors' Objection to Inmarsat's Motion to Compel, ECF No. 268, *In re Ligado Networks LLC, et al.*, No. 25-10006 (TMH) (D. Del. Bankr. Feb. 25, 2025) |
| M | Affirmation of Service, NYSCEF No. 2, *Ligado Networks, LLC, et al. v. Inmarsat Global Limited* Ind. No. 651526/2025, (N.Y. Sup. Ct. Mar. 28, 2025) |
| N | Docket Sheet, *Ligado Networks, LLC, et al. v. Inmarsat Global Limited*, Ind. No. 651526/2025 (N.Y. Sup. Ct.) |

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York                                   Respectfully Submitted,
        April 4, 2025

                                                              */s/ Charles Michael*