# EXHIBIT G

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> LIGADO NETWORKS LLC, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 25-10006 (TMH) <br><br> (Jointly Administered) |
| LIGADO NETWORKS LLC and <br> LIGADO NETWORKS (CANADA) INC., <br><br> Plaintiffs, <br><br> —*against*— <br><br> INMARSAT GLOBAL LIMITED, <br><br> Defendant. | Adv. No. 25-50000 (TMH) |

**PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Undersigned counsel for plaintiffs in the above-captioned adversary proceeding, pursuant to Fed. R. Bankr. P. 7041 and Fed. R. Civ. P. 41(a)(1)(A)(i), hereby notify the Court of the dismissal of this action without prejudice.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: March 19, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>By: /s/ Michael J. Merchant<br>Mark D. Collins, Esq. (Bar No. 2981)<br>Michael J. Merchant, Esq. (Bar No. 3854)<br>Amanda R. Steele, Esq. (Bar No. 5530)<br>Emily R. Mathews, Esq. (Bar No. 6866)<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: collins@rlf.com<br>merchant@rlf.com<br>steele@rlf.com<br>mathews@rlf.com<br><br>- and -<br><br>Reginald R. Goeke (*admitted pro hac vice*)<br>John M. Conlon (*admitted pro hac vice*)<br>**MAYER BROWN LLP**<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 506-2500<br>Facsimile: (212) 262-1910<br>Email: rgoeke@mayerbrown.com<br>jconlon@mayerbrown.com<br><br>*Attorneys for Plaintiffs Ligado Networks LLC and Ligado Networks (Canada) Inc.* |