# EXHIBIT M

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| LIGADO NETWORKS LLC, and<br>LIGADO NETWORKS (CANADA) INC.<br><br>       *Plaintiffs*,<br><br>    v.<br><br>INMARSAT GLOBAL LIMITED,<br><br>       *Defendant*. | **Affirmation of Service**<br><br>Index No. 651526/2025 |

  I, John M. Conlon, an attorney duly admitted to practice before the court of the State of New York, hereby affirms the following to be true under the penalties of perjury:

  1. I am an attorney at the law firm Mayer Brown LLP, counsel for Ligado Networks LLC and Ligado Networks (Canada) Inc. in this action.

  2. On March 28, 2025, at approximately 10:08 a.m. EST, I served true and correct copies of Plaintiffs' Summons and Complaint on the following:

    Charles A. Michael, Steptoe LLP, counsel for Defendant

  3. On March 28, 2025, Charles A. Michael agreed to accept service of the above-referenced documents, by electronic delivery, on behalf of Defendant.

  4. I made such service by transmitting the aforementioned documents to counsel for Defendant, Charles A. Michael, by electronic delivery via e-mail to the e-mail address cmichael@steptoe.com.

Dated: March 28, 2025
New York, New York

By: /s/ *John M. Conlon*
John M. Conlon
1221 Avenue of the Americas
New York, New York 10020
(212) 506-2500

*Counsel for Ligado Networks LLC and Ligado Networks (Canada), Inc.*

2