# EXHIBIT N



NYSCEF  
New York County Supreme Court

**Document List**  
**Index #   651526/2025**

Created on:04/04/2025 02:08 PM

Case Caption:   **Ligado Networks LLC et al v. Inmarsat Global Limited**

Judge Name:

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS + COMPLAINT | Processed | 03/19/2025 | Goeke, R. |
| 2 | PROOF OF SERVICE | Processed | 03/28/2025 | Conlon, J. |