UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRCT OF NEW YORK

| | |
|---|---|
| LIGADO NETWORKS LLC and<br>LIGADO NETWORKS (CANADA) INC,<br><br>         *Plaintiffs*,<br>  v.<br>INMARSAT GLOBAL LIMITED,<br>         *Defendant*. | Case No.: 1:25-cv-02836 |

**DECLARATION OF SERVICE**

1. I am a partner of Steptoe LLP and counsel for the Defendant in the above-captioned action.

2. On April 4, 2025, I served the Notice of Removal and accompanying Declaration of Charles Michael (with exhibits) (ECF No. 1) on all counsel of record in the state court action pending in New York State Supreme Court, New York County, under Index No. 651526/2025, by e-filing the documents through the NYSCEF system. *See* 22 N.Y.C.R.R. § 202.5-b(f)(2)(ii) (e-filing effectuates service).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
   April 5, 2025

                                Charles Michael